March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

JOSHUA KIMPSON,

                Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-688     (PAC)

Defendant _____Joshua Kimpson_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

   ___   Initial Appearance/Appointment of Counsel

   _X_   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

   ___   Preliminary Hearing on Felony Complaint

   ___   Bail/Revocation/Detention Hearing

   ___   Status and/or Scheduling Conference

   ___   Misdemeanor Plea/Trial/Sentence

/s/ Joshua Kimpson by Martin Cohen
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Martin Cohen
Defense Counsel's Signature

Joshua Kimpson
Print Defendant's Name

Martin Cohen
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_12/22/2020_____
Date

_____
U.S. District Judge