# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2021

*By ECF and by hand*

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

2/16/2021
The February 15 conference is
adjourned to March 31, 2021 at 11
AM. Time will be excluded
through March 31, 2021. SO
ORDERED.

*Paul A. Crotty*

Re:     *United States v. Joshua Kimpson*, 20 Cr. 688 (PAC)

Dear Judge Crotty:

I write on consent (Assistant U.S. Attorney Thomas Burnett) to respectfully request an adjournment of the conference scheduled for February 15, 2021, for a period of around 45 days. The adjournment will provide time for me to review the discovery in this case, and to discuss a potential disposition.

If the Court grants this request, I further request that time be excluded until the next conference under the Speedy Trial Act for the reasons described above.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:     Thomas Burnett, Esq., by ECF and e-mail