# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 25, 2021

*By ECF and by e-mail*

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Joshua Kimpson*, 20 Cr. 688 (PAC)

Dear Judge Crotty:

*The request to travel (1) is granted. The change of plea is adjourned to May 26, 2021 at 1 pm. So ordered. Paul A. Crotty USDJ*

I write on consent (Assistant U.S. Attorney Thomas Burnett and U.S. Probation Officer Courtney DeFeo) to respectfully request that the Court allow Mr. Kimpson to travel to Orlando, Florida from May 12, 2021 to May 20, 2021 for a family reunion.

Because Mr. Kimpson's proposed travel conflicts with the scheduled change-of-plea proceeding on May 18, 2021 at 4:00 p.m., I respectfully request that the Court reschedule the proceeding for a convenient date after May 20, 2021.

If the Court grants this request, we consent to the exclusion of time under the Speedy Trial Act until the next Court date.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Thomas Burnett, Esq., by ECF and e-mail
Courtney DeFeo, by e-mail