**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 16, 2021

*By ECF and by hand*

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Joshua Kimpson*, 20 Cr. 688 (PAC)

Dear Judge Crotty:

I write on consent (Assistant U.S. Attorney Thomas Burnett) to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for September 13, 2021, for a period of around 30 days. The reason for the request is that my schedule has shifted around because of a trial, and I will need additional time to prepare my sentencing submission.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Thomas Burnett, Esq., by ECF

8/17/2021
Sentencing is adjourned to October 13, 2021 at 12 noon in courtroom 14-C.
SO ORDERED.

*[signature: Paul A. Crotty]*